# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**PAUL ALLEN ADAMS,**

Plaintiff,

v.                                          **Case No. 17-CV-699**

**RANDALL R. HEPP, *et al.*,**

Defendants.

## ORDER

The court held a telephonic hearing on April 30, 2019, to address issues raised in plaintiff Paul Adams's motion to compel. After considering the parties' arguments, the court orders as follows:

The court **GRANTS in part** Adams's motion to compel (ECF No. 79). The defendants will produce correspondence responsive to Adams's discovery requests by **May 7, 2019**. The defendants will also produce by **May 7, 2019**, any relevant documents maintained in defendant Regina Henrich's file that have not already been produced.

The court **GRANTS** the defendants' oral motion to extend the dispositive motion deadline. The parties must file dispositive motions by **May 24, 2019**. Under Civil L.R. 56(b)(2), materials in response to a summary judgment motion must be filed within thirty days of service of the summary judgment motion. A moving party

may reply in support of their motion within fourteen days of service of the opposing party's materials.

As a reminder, if the defendants file a summary judgment motion, Adams must respond to each of their proposed findings of fact by agreeing with the proposed fact or explaining why he disagrees with it. If he does not indicate one way or the other, the court will assume that he agrees with the proposed fact. He must also support any disagreement with a proposed fact with evidence. He can do that by relying on documents or by telling the court his version of what happened in an affidavit or an unsworn declaration under 28 U.S.C. § 1746.[1] An unsworn declaration is a way for a party to tell his side of the story while declaring to the court that everything in the declaration is true and correct. Adams must also respond to the legal arguments in the defendants' brief.

Finally, the court **GRANTS** the defendants' oral motion to file up to 175 proposed findings of fact.

Dated in Milwaukee, Wisconsin this 30th day of April, 2019.

WILLIAM E. DUFFIN
U.S. Magistrate Judge

---

[1] At the bottom of his declaration he should state: "I declare under penalty of perjury that the foregoing is true and correct. Executed on [date]. [Signature]."  28 U.S.C. § 1746(2).