# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PAUL ALLEN ADAMS,

    Plaintiff,

  v.                              Case No. 17-CV-699

RANDALL R. HEPP, *et al.*,

    Defendants.

## ORDER

Defendants moved for summary judgment on June 7, 2019. The court extended plaintiff Paul Adams's deadline to respond to August 7, 2019. (ECF No. 90 at 5.) On July 8, 2019, Adams filed a motion asking the court to allow him to use money in his release account to pay for costs that he will incur in responding to the defendants' motion. (ECF No. 112.) Adams explains that he cannot afford to pay for copies or for postage.

The Prison Litigation Reform Act (PLRA) sets forth procedures to be followed when a prisoner wishes to bring a civil action "without prepayment of fees or security therefor[.]" 28 U.S.C. § 1915(a)(2). However, the PLRA says nothing about costs, and at least one Circuit Court of Appeals has noted that granting *in forma pauperis* status under § 1915 "does not exempt litigants from the costs of copying and filing documents; service of documents other than the complaint; costs; expert witness fees; or sanctions." *Porter v. Dep't of Treasury*, 564 F.3d 176, 180 n. 3 (3rd Cir. 2009)

(internal citations omitted). Accordingly, the court will deny Adams's motion to access his release account.

That said, the court does not believe that Adams should be penalized because he cannot afford to prepare and deliver his response materials. Accordingly, the court will direct the clerk's office to provide Adams with a suitable envelope or box for mailing his response materials with postage pre-paid. Adams may mail his original exhibits to the clerk's office for processing; they will be returned to him after they are scanned and docketed.

The court cautions Adams that this accommodation does not give him license to file his entire medical file or every email correspondence/DOC record in his possession. The court will not root through hundreds of documents to make his case for him. *See Gross v. Town of Cicero, Ill.*, 619 F.3d 697, 702-03 (7th Cir. 2010) ("Judges are not like pigs, hunting for truffles buried in [the record].") (citations omitted). Every document Adams includes with his response materials must be cited to in his responses to the defendants' proposed findings of facts or in his legal brief.

**IT IS THEREFORE ORDERED** that Adams's motion to use funds in his release account to pay for litigation costs (ECF No. 112) is **DENIED**.

**IT IS FURTHER ORDERED** that, by **August 7, 2019**, Adams shall notify the clerk's office of the total number of pages he intends to file so that the clerk's office may mail him a suitable envelope or box, postage pre-paid. The court will not penalize Adams for the delay in submitting his response materials.

Dated in Milwaukee, Wisconsin this 15th day of July, 2019.

                                             WILLIAM E. DUFFIN
                                             U.S. Magistrate Judge